AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Uriel Guadalupe Corral-Calderon,<br>a.k.a. Uriel Calderon-Armenta,<br>(A099 365 503)<br>*Defendant* | ) ) ) ) ) ) | Case No. 21-0124 MJ |

MMA
1/6/21

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 6, 2021, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Uriel Guadalupe Corral-Calderon, an alien, was found in the United States of America, at or near Avondale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 28, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  Digitally signed by CHARLES BAILEY Date: 2021.01.07 08:11:05 -07'00'
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Marcus W. Shand

☒ Continued on the attached sheet.

JUDE KENDALL  Digitally signed by JUDE KENDALL Date: 2021.01.07 09:55:56 -07'00'
_____
*Complainant's signature*

Jude Kendall,
Deportation Officer
_____
*Printed name and title*

Sworn to telephonically.

Date: January 7, 2021

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jude Kendall, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 6, 2021, while investigating a previously removed alien, the Phoenix ICE Mobile Criminal Alien Team (MCAT) encountered Uriel Guadalupe Corral-Calderon after conducting surveillance at 150 North Avondale Boulevard, in Avondale, Arizona. MCAT officers determined Corral-Calderon to be a citizen of Mexico, illegally present in the United States. On the same date, Corral-Calderon was transported to the Phoenix ICE office for further investigation and processing. Corral-Calderon was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Uriel Guadalupe Corral-Calderon to be a citizen of Mexico and a previously deported criminal alien. Corral-Calderon was removed from the United States to Mexico at or near San Ysidro, California, on or about July 28, 2010, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Corral-Calderon in any Department of Homeland Security database to suggest that he obtained permission from the

Secretary of the Department of Homeland Security to return to the United States after his removal. Corral-Calderon's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Uriel Guadalupe Corral-Calderon was convicted of Illegal Re-Entry after Deportation, a felony offense, on August 12, 2009, in the United States District Court, District of Arizona. Corral-Calderon was sentenced to twenty-one (21) months of incarceration, and thirty-six (36) months of supervised release. Corral-Calderon's criminal history was matched to him by electronic fingerprint comparison.

5. On or about January 6, 2021, Uriel Guadalupe Corral-Calderon was advised of his constitutional rights. Corral-Calderon freely and willingly acknowledged his rights and declined to make a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 6, 2021, Uriel Guadalupe Corral-Calderon, an alien, was found in the United States of America, at or near Avondale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 28, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

**JUDE KENDALL**  Digitally signed by JUDE KENDALL
Date: 2021.01.07 09:57:18 -07'00'

Jude Kendall,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 7th day of January, 2021.

Michelle H. Burns,
United States Magistrate Judge